UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LISA CANTWELL, on behalf of herself and all others similarly situated,

          Civil Action No:
          1:25-cv-1157

     Plaintiff,

-v.-
JEWELRY BY GARO, LLC

     Defendants.

------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 26, 2025

          Respectfully Submitted,

          */s/Rami Salim*
          Rami Salim, Esq.
          **Stein Saks, PLLC**
          One University Plaza, Suite 620
          Hackensack, NJ 07601
          rsalim@steinsakslegal.com
          Tel. 201-282-6500
          Fax 201-282-6501
          *Attorneys for Plaintiff*

So Ordered.

/s/ Nina Gershon

Nina Gershon, USDJ
Dec. 2, 2025